LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR NICOLE DAVIE,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; METRO OFFICERS, EMPLOYEES and AGENTS, whose true names are unknown; DOES 1 through 50, inclusive; and ROE CORPORATIONS 1 through 50, inclusive,<br><br>                    Defendants. | Case No.:   2:26-cv-01109-APG-EJY<br><br>~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b) |

Defendant, Las Vegas Metropolitan Police Department ("LVMPD") by and through its counsel, Kaempfer Crowell, and Plaintiff, Taylor Nicole Davie ("Plaintiff"), through her counsel, Law Office of Kevin S. Boyle, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Practice 26-1, request the Court enter the following proposed Discovery Plan and Scheduling Order:

1.    Meeting:   The parties held a telephonic meet and confer on June 11, 2026, and agreed upon the following discovery deadlines.

2.    Pre-Discovery Disclosures:   The parties will provide their initial disclosures of information required by Fed. R. Civ. P. 26 (a)(1) on or before **Thursday, June 25, 2026**.

3.    Areas of Discovery:   Discovery will be conducted on all issues including, but not limited to, all claims and defenses within the scope of the pleadings consistent with the Federal Rules of Civil Procedure and the Local Rules of this District.

4.    Discovery Cut-Off Date:   Discovery shall take 180 days, measured from April 14, 2026, which is the date of the first appearance of LVMPD in this matter pursuant to LR 26-1(b)(1). Accordingly, discovery must be completed by **Monday, October 12, 2026**.[1]

5.    LR 26-1(b)(3) Disclosures (Experts):   Disclosure of experts shall proceed according to LR 26-1(b)(3), except that:

[i]    The disclosure of experts and expert reports shall occur on **Thursday, August 13, 2026**, which is sixty (60) days before the discovery cut-off date; and

[ii]    The disclosure of rebuttal experts and their reports shall occur on **Monday, September 14, 2026**, which is thirty-two (32) days after the initial disclosure of experts as thirty (30) days falls on a Saturday.

6.    Other Items:

a.    Amending the Pleadings and Adding Parties:   The parties shall have until **Tuesday, July 14, 2026**, to file any motions to amend the pleadings or to add parties.  This is ninety (90) days before the discovery cut-off date and does not exceed the outside limit LR 26-

---

[1]   The actual deadline fell on October 11, 2026, which is a Sunday.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1(b)(2) presumptively sets of not less than ninety (90) days prior to the close of discovery for filing such motions.

b.    Dispositive Motions:  The parties shall have until **Wednesday, November 11, 2026,** to file dispositive motion(s).  This is 30 days after the discovery cut-off date and does not exceed the outside limit of 30 days following the discovery cut-off date that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

c.    Settlement.  The parties have not discussed settlement at this time.

d.    Pretrial Order:   The joint pretrial order shall be filed by **Friday, December 11, 2026**, which is not later than 30 days after the date set for filing dispositive motions in this case.  In the event a timely dispositive motion is filed, the deadline to submit the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motion or further order of the Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

e.    Alternative Dispute Resolution:  The parties do not believe that mediation will be beneficial at this time.

f.    Alternative Forms of Case Disposition:   The parties do not agree on consenting to trial by a magistrate judgment under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 or use of the Short Trial Program pursuant to General Order 2013-01.

g.    Later Appearing Parties:  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later appearing parties, unless a stipulation of the parties is approved by the Court or the Court, on motion for good cause shown, orders otherwise.

/ / /

h.    Extensions or Modifications of the Discovery Plan and Scheduling Order:
Pursuant to LR 26-3, a motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order, must in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension; be received by the court no later than twenty-one (21) days before the expiration of the subject deadline; and any request within twenty-one (21) days of the subject deadline must be supported by a showing of good cause. Any request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect. The motion or stipulation to extend a discovery deadline or to reopen discovery must include:

(a)    A statement specifying the discovery completed;

(b)    A specific description of the discovery that remains to be completed;

(c)    The reasons by the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)    A proposed schedule for completing all remaining discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

i.   Electronically Stored Information: The parties intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Such information will be provided in an electronic format compatible with the court's electronic jury evidence display system. *See* LR 26-1(b)(9).

DATED this 12th day of June, 2026.

KAEMPFER CROWELL

By:   /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

**Attorneys for Defendant**
**Las Vegas Metropolitan Police**
**Department**

LAW OFFICE OF KEVIN F. BOYLE

By:   /s/ *Kevin F. Boyle*
KEVIN F. BOYLE
Nevada Bar No. 14834
5465 Cardinal Ridge Court, #102
Las Vegas, NV  89149

**Attorney for Plaintiff**

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:____June 15, 2026_____